# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA MERRELL, et al., <br><br> Plaintiff, <br><br> vs. <br><br> A. DENNIS LAMBERT; ROBERT RIDES AT THE DOOR, a.k.a. ROBERT "SMOKEY" DOORE, a.k.a. ROBERT J. DOORE, SR., et al., <br><br> Defendant. | CASE NO. 06mc581-IEG-AJB <br><br> 06cv2068-IEG(AJB) <br><br> Order Directing Clerk to Assign Civil Case Number; Assign Magistrate Judge; Terminate Miscellaneous Case |

Upon review of the petition filed in this case, the Clerk is hereby directed to assign this case a civil case number, randomly assign a magistrate judge, and terminate this miscellaneous case.

**IT IS SO ORDERED.**

DATED: September 22, 2006

IRMA E. GONZALEZ, Chief Judge
United States District Court